IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR94** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LEONARDO VARGAS-GONZALEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Wesley S. Dodge to withdraw as counsel for the defendant, Leonardo Vargas-Gonzalez [225].  Since retained counsel, James E. Mitchell, has entered an appearance for the defendant [211], the motion to withdraw [225] is granted.  Wesley S. Dodge shall be deemed withdrawn as attorney of record and shall forthwith provide James E. Mitchell with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Dodge which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 9th day of May, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge