IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR94 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| LEONARDO VARGAS-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

     UPON THE ORAL MOTION OF THE DEFENDANT and no objection from the government,

     IT IS ORDERED that the Change of Plea hearing is continued to **February 21, 2007** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

     For this defendant, the time between **February 9, 2007** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

     Since this is a criminal case, the defendant must be present, unless excused by the Court.

     DATED this 9th day of February, 2007.

                            BY THE COURT:

                            s/ F.A. Gossett
                            United States Magistrate Judge