IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR94 |
| vs. | ) | |
| | ) | TRIAL ORDER |
| LEONARDO VARGAS-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On October 16, 2006, the defendant filed a Petition [285] to enter a plea of guilty, which was ultimately set for hearing before Judge Smith Camp on November 21, 2006. 11/21/2006. At the request of the defendant, the plea hearing was continued to December 11, 2006 and a jury trial set for January 16, 2007 if the defendant was not willing to plead guilty on December 11, 2006. On December 11, 2006, substitute counsel was appointed for the defendant and the matter set for trial on January 16, 2007. On January 4, 2007, defendant asked that the matter be removed from the trial docket so he could enter a plea of guilty. A second petition to enter a plea of guilty was filed on January 11, 2007.

After three court appearances on the second plea petition [313], the defendant has not provided the information necessary to effect a plea of guilty. Thus, the matter must be set for trial.

**IT IS ORDERED**:

1. The above-entitled case is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, March 20, 2007 at 9:00 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant(s) must be present in person. Counsel will receive more specific information regarding the order of trial from Judge Smith Camp's staff.

2. Any motions for a continuance of this trial date shall be electronically filed no later than **March 6, 2007** and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, *citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq.* Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

3. Counsel for the United States shall confer with defense counsel and, no later than **March 13, 2007**, advise the court of the anticipated length of trial.

DATED February 21, 2007.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**